IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS HILLIARD, | Plaintiff(s) | |
| | VS. | |
| | | Court No.: 1:20-cv-01144 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | Defendant(s) | |

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, Kelly Kirchhoff, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons In a Civil Case and Complaint at Law

Defendant to be served: National Board of Medical Examiners

ADDRESS WHERE ATTEMPTED OR SERVED: Care of Its Registered Agent: CT Corporation System, 208 South LaSalle Street, Suite 814
Chicago, IL, 60604

I SERVED the within named defendant on: 2/25/2020 11:25 AM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Derrick Hackett, (Title): Intake Specialist, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 30s  Gender: Male  Race: African American  Height: Sitting  Weight: 151-175  Hair: Black  Glasses: Yes

Additional Comments:

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of Illinois
County of Will

Subscribed and sworn before me on 2/28/2020

Notary Public

OFFICIAL SEAL
DENNIS MCMASTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/28/22

Signature of Process Server

Kelly Kirchhoff
Printed Name
Process Server
Title



Page 1 of 1
File Number: 1IL022120
Reference Number: 3878454
Case Number: 1:20-cv-01144
Client: Integrate Legal, PC
Doc Generated: 02/28/2020 02:04:46:494 PM

799637_3878454_0_23_V4