**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCUS HILLIARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01144 |
| | ) | |
| NATIONAL BOARD OF MEDICAL | ) | Hon. Martha M. Pacold |
| EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION TO DISMISS BY
DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS**

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendant National Board of Medical Examiners

("NBME") hereby moves to dismiss the complaint for lack of subject matter jurisdiction on the

grounds that Plaintiff Marcus Hilliard lacks standing to assert his claim under Title III of the

Americans with Disabilities Act. The grounds for this motion are set forth more fully in the

accompanying memorandum of law.

Wherefore, NBME requests that the Complaint be dismissed for lack of subject matter

jurisdiction.

Dated:  March 17, 2020        Respectfully submitted,

/s/ Jillian Sommers
Jillian Sommers, IL Bar No. 6317803
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8587
jsommers@perkinscoie.com

Attorneys for National Board of Medical Examiners

147562288.1

- 2 -

## CERTIFICATE OF SERVICE

On this date I caused to be served on each of the attorneys identified below, via CM/ECF

and email, a copy of the foregoing document:

Cynthia M. Rote
Integrate Legal PC
12533 Wagon Wheel Road
Rockton, IL 61072
Telephone: 815-255-4695
Email: Cynthia@integrate-Legal.com
Email: service@Integrate-Legal.com


*Attorney for Marcus Hilliard*

Dated:  March 17, 2020               Respectfully submitted,

                                     /s/ Jillian Sommers
                                     Jillian Sommers, IL Bar No. 6317803
                                     Perkins Coie LLP
                                     131 S. Dearborn St., Suite 1700
                                     Chicago, IL 60603-5559
                                     Tel: (312) 324-8587
                                     jsommers@perkinscoie.com

                                     Attorneys for National Board of Medical Examiners

147562288.1