# **<u>Exhibit H</u>**

 NBME®

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

1139835      5-377-335-4
McGeehan, L. -Decision Le

**Confidential**
**Confirmation of Test Accommodations**

May 1, 2019

Marcus D. Hilliard
1060 S Elm Creek Drive
Elmhurst, IL 60126

RE: USMLE Step 1                USMLE ID#: 5-377-335-4

Dear Mr. Hilliard:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 1. We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

You write in your February 16, 2019 letter addressed To whom it may concern, *"On September 28, 2017, NBME granted my request for additional testing time (time and one half) and a separate testing room. Currently, I have sat for the Step 1 exam twice, on July 11, 2018 and again on November 9, 2018. Today, I have registered for my last and final attempt to sit for the Step 1 exam. On both previous attempts, due my [sic] very low reading speed and poor reading comprehension, I was unable to successfully answer all of the questions in the allotted time. There were multiple instances, where I either had to leave questions unseen and unanswered or I had to franticly select answer 'C' to multiple questions, in each block, in the last minute. My current psychological evaluation (08/31/2016 from Molly Pachan, Ph.D.), provides supporting evidence for her recommendation of 2x additional testing time. Which is why I am requesting that my current additional testing time accommodation be increased from 1.5x to 2x additional time."*

The NBME carefully considers all evidence in determining whether an individual is substantially limited within the meaning of the ADA and what, if any, accommodations are appropriate to the particular Step exam context. Submitted documentation including the individual's personal statements; reports of evaluations; and objective information such as school records and scores obtained on high stakes tests taken with and without accommodations are thoroughly reviewed.

Supporting documentation submitted from qualified professionals is a necessary part of any request for accommodations and is carefully reviewed by the NBME. Though not required to defer to the conclusions or recommendations of an applicant's supporting professional, we carefully consider the recommendation of qualified professionals made in accordance with generally accepted diagnostic criteria and supported by reasonable documentation.

There is insufficient evidence to demonstrate that 100% additional testing time is an appropriate modification of your USMLE Step 1 test administration. Your most recent 2014 and 2016 evaluations reveal performances within the Average to Above Average ranges on cognitive and academic achievement tasks, including Working Memory, cognitive Processing Speed, Total Reading, Basic Reading, Reading Comprehension and Fluency,

Academic Fluency, Reading Fluency, Reading Rate, and timed Reading Comprehension. Additionally, you took the GRE in 2012 under standard time conditions and your Verbal Reasoning score was Average range, better than 32% of a select sample of graduate school applicants. In June 2014, you took the MCAT under standard time conditions and earned an MCAT Total Score of 22, better than 27-31.7% of a very highly select sample of medical school applicants. Notably, your score on the Verbal Reasoning section of the MCAT (involving dense long reading passages) was Average range, better than 26.2-36.4% of the very select sample. Overall, the data and information provided does not demonstrate an impairment warranting 100% additional test time.

Accommodations are provided when there is clear documentation of functional impairment and a rationale to demonstrate that the requested accommodation is appropriate to the setting and circumstance. Your documentation does not demonstrate that 100% additional testing time (double time) is an appropriate modification of your USMLE Step 1 administration.

Based on our thorough review of your documentation, we will provide the following accommodations for the USMLE Step 1 for which you are currently registered:

- **Additional Testing Time - time and one half**: The exam will be administered *over two days.*
  - **Day One** will be 6 hours and 30 minutes in length and will include a 30 minute tutorial and 7 blocks with approximately 20 questions per block.
  - **Day Two** will be 6 hours and 30 minutes in length and will include 7 blocks with approximately 20 questions per block. You will have up to 45 minutes to complete each block.
  - You will receive **45 minutes of break time each day**, including lunch. You may use break time as needed between blocks. If you complete the tutorial or an examination block in less time than allotted, the unused time will be added to your available break time.

- **Separate Testing Room**

You will receive an electronic permit containing the information needed to schedule your exam appointment. Please call Prometric at the number listed on your scheduling permit as soon as you receive it to schedule your appointment.

These accommodations may not be changed at the test center on your scheduled exam day. If you choose not to use these accommodations, please notify Disability Services immediately at disabilityservices@nbme.org or by calling 215-590-9700 for instructions.

### Information About Requesting Test Accommodations For Subsequent Step Examinations

You must notify the USMLE in writing each time you apply for a Step examination for which you require test accommodations. Information and forms to request test accommodations on subsequent USMLE administrations are available at www.usmle.org/test-accommodations/forms.html. Follow the instructions on the request form to submit your request for test accommodations at the same time you submit your Step exam application to your registration agency.

Sincerely,

*Lucia McGeehan*

Lucia McGeehan, Ph.D.
Disability Assessment Analyst, Disability Services