# **<u>Exhibit I</u>**

# Bulletin

## Eligibility for the USMLE Steps

| Who is Eligible | Change in Eligibility Status | Graduates of Unaccredited Medical Schools | Sequence of Steps | Attempts/Time Limits | Retakes |

### Who is Eligible to Take the USMLE?

#### Step 1, Step 2 CK, and Step 2 CS

To be eligible, you must be in one of the following categories at the time you apply **AND** on the day of your examination:

- a medical student officially enrolled in, or a graduate of, a US or Canadian medical school program leading to the MD degree that is accredited by the Liaison Committee on Medical Education (LCME), OR

- a medical student officially enrolled in, or a graduate of, a US medical school leading to the DO degree that is accredited by the American Osteopathic Association (AOA), OR

- a medical student officially enrolled in, or a graduate of, a medical school that is outside the US and Canada, listed in the World Directory of Medical Schools as meeting ECFMG eligibility requirements, and that meets other eligibility criteria of the ECFMG.

---

Individuals who passed Step 2 prior to the implementation of Step 2 CS are not permitted to take Step 2 CK, except under the specific exceptions to the retake policy approved by the Composite Committee (see page 15). These individuals are permitted to take Step 2 CS, provided they meet all other eligibility requirements.

All current USMLE applicants are required to take and pass Step 2 CS in order to be eligible for Step 3. If you passed the formerly administered CSA exam and elect to take Step 2 CS and fail, or you previously passed Step 2 CS but are required to retake it to meet a state medical board's or another authority recognized by the USMLE program's time limit requirements and fail, you are not eligible for Step 3 until you have passed your most recent administration of Step 2 CS.

If you are dismissed or withdraw(n) from medical school, you are not eligible for the USMLE, even if you are appealing the school's decision to dismiss you or are otherwise contesting your status. If you are on a leave of absence, please check with the organization that registered you for your examination before submitting your application; if you have already registered, check before testing. Failure to notify the organization that registered you for your examination of your changed status may result in a determination that you engaged in irregular behavior and placement of a permanent annotation on your score reports and transcripts.

---

#### Step 3

To be eligible for Step 3, before submitting your application, you must:

- pass Step 1, Step 2 CK, and Step 2 CS, **AND**

- obtain the MD degree or the DO degree from an LCME- or AOA-accredited US or Canadian medical school, **OR**

- obtain the equivalent of the MD degree from a medical school outside the US and Canada that is listed in the World Directory of Medical Schools as meeting ECFMG eligibility requirements and obtain ECFMG Certification.

The USMLE program recommends that, for Step 3 eligibility, applicants should have completed, or be near completion of, at

Case: 1:20-cv-01144 Document #: 8-9 Filed: 03/17/20 Page 3 of 3 PageID #:77

least one postgraduate training year in an accredited US graduate medical education program that meets state board licensing requirements.

**[Continue to: Change in Eligibility Status »](#)**