# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARCUS HILLIARD, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-01144 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) Hon. Martha M. Pacold |
| Defendant. | ) |

## DISCLOSURE STATEMENT BY
## DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS

Pursuant to Fed. R. Civ. P. 7.1, Defendant National Board of Medical Examiners ("NBME") states that it is a non-profit organization with no parent corporation and no publicly-issued stock.

Dated: March 17, 2020

Respectfully submitted,

/s/ Jillian Sommers
Jillian Sommers, IL Bar No. 6317803
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8587
jsommers@perkinscoie.com

Attorneys for National Board of Medical Examiners

147562429.1

- 2 -

## CERTIFICATE OF SERVICE

On this date I caused to be served on each of the attorneys identified below, via CM/ECF and email, a copy of the foregoing document:

Cynthia M. Rote
Integrate Legal PC
12533 Wagon Wheel Road
Rockton, IL 61072
Telephone: 815-255-4695
Email: Cynthia@integrate-Legal.com
Email: service@Integrate-Legal.com

*Attorney for Marcus Hilliard*

| | |
|---|---|
| Dated: March 17, 2020 | Respectfully submitted, |
| | /s/ Jillian Sommers |
| | Jillian Sommers, IL Bar No. 6317803 |
| | Perkins Coie LLP |
| | 131 S. Dearborn St., Suite 1700 |
| | Chicago, IL 60603-5559 |
| | Tel: (312) 324-8587 |
| | jsommers@perkinscoie.com |
| | |
| | Attorneys for National Board of Medical Examiners |

147562429.1