# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARCUS HILLIARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-01144 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) Hon. Martha M. Pacold ) |
| Defendant. | ) ) ) |

## AMENDED NOTICE OF NBME'S MOTION TO DISMISS

PLEASE TAKE NOTICE that on Tuesday, April 7, 2020, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant National Board of Medical Examiners, shall appear before the Honorable Martha M. Pacold, or any judge sitting in her stead, in Courtroom 1425 at the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present its Motion to Dismiss.

Dated: March 17, 2020

Respectfully submitted,

/s/ Jillian Sommers
Jillian Sommers, IL Bar No. 6317803
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8587
jsommers@perkinscoie.com

- 2 -

**CERTIFICATE OF SERVICE**

On this date I caused to be served on each of the attorneys identified below, via CM/ECF and email, a copy of the foregoing document:

Cynthia M. Rote
Integrate Legal PC
12533 Wagon Wheel Road
Rockton, IL 61072
Telephone: 815-255-4695
Email: Cynthia@integrate-Legal.com
Email: service@Integrate-Legal.com

*Attorney for Marcus Hilliard*

Dated: March 17, 2020        Respectfully submitted,

/s/ Jillian Sommers
Jillian Sommers, IL Bar No. 6317803
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8587
jsommers@perkinscoie.com

Attorneys for National Board of Medical Examiners