# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Marcus Hilliard

       Plaintiff,

v.            Case No.: 1:20–cv–01144
             Honorable Martha M. Pacold

National Board of Medical Examiners

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2020:

  MINUTE entry before the Honorable Martha M. Pacold:Consistent with Second Amended General Order 20–0012, IN RE: CORONAVIRUS COVID–19 PUBLIC EMERGENCY (March 30, 2020), the 4/7/2020 motion hearing is stricken. Consistent with the spirit of Second Amended General Order 20–0012 Paragraph 2, the court sets the following briefing schedule on Defendant's motion to dismiss [6]: Plaintiff's response is due by June 3, 2020, and Defendant's reply is due by July 1, 2020. In light of the public emergency, and consistent with the spirit of Second Amended General Order 20–0012, the parties shall request a modification of this schedule as needed. The court emphasizes that the parties and counsel should comply with all applicable orders and precautions related to the public emergency. The parties and counsel should not disregard any of those orders or precautions in order to comply with these deadlines. No party, attorney, staff, or anyone working on this case should leave home, go into the office, travel, conduct any in–person meetings, disregard social–distancing measures, or anything of the kind to comply with these deadlines. The court will be reasonable and understanding with the timing, and trusts that the parties will as well. The court thanks the parties for their cooperation and patience.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.