# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARCUS HILLIARD, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Case No. 2020-cv-01144 |
| v. | ) |
| | ) |
| NATIONAL BOARD OF MEDICAL | ) |
| EXAMINERS, | ) |
| DEFENDANT. | ) |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW COMES, Plaintiff, MARCUS HILLIARD, by and through his attorneys, INTEGRATE LEGAL, P.C.., pursuant to the Federal Rule of Civil Procedure Rule 15 and requests this Honorable Court grant him leave to file his Amended Complaint; in support thereof, Plaintiff states as follows:

1. Plaintiff filed his Complaint on February 17, 2020 against Defendant, National Board of Medical Examiners ("NBME").

2. NBME filed its Motion to Dismiss on March 17, 2020.

3. Pursuant to this Court's April 1, 2020 Order Plaintiff has until June 3, 2020 to respond to the NBME's Motion to Dismiss.

4. At the time Plaintiff filed his original Complaint, Plaintiff had a pending claim against Loyola University Chicago Stritch School of Medicine ("Stritch") with the United States Department of Education Office for Civil Rights ("OCR").

5. On May 14, 2020, the OCR dismissed Plaintiff's Complaint against Stritch.

6. Plaintiff desires to Amend this Complaint to include Stritch as a Defendant and slightly amend its claims against the NBME.

7. Plaintiff has attached to this Motion as Exhibit A his proposed Amended Complaint.

8. Pursuant to Fed. R. Civ. P. 15(a)(2) the court should freely give leave for a party to amend its pleadings when justice so requires.

9. Justice requires that Plaintiff be given leave to amend his complaint.

10. The facts relating to the claim against Stritch are intrinsically linked to the facts in the claim against the NBME. As is detailed in the proposed Amended Complaint and the NBME's Motion to Dismiss the facts are so intrinsically linked that the NBME claims Plaintiff's claims cannot be heard due, in part, to the actions of Stritch and it is likely Stritch will claim the Plaintiff's claims cannot be heard due, in part, to the actions of the NBME. The circular nature of each Defendant placing its conduct on the other requires both to be named Defendants.

11. Plaintiff does not bring this motion to unduly delay the case, in bad faith or with dilatory motive.

12. Plaintiff has not previously requested leave to amend his complaint.

**WHEREFORE**, Plaintiff, MARCUS HILLIARD, prays that this Honorable Court enter an order granting him leave to file his Amended Complaint Instanter and any other and further relief deemed just by this court.

Respectfully Submitted,

/s// Cynthia M Rote
Cynthia M Rote

Cynthia M Rote Integrate Legal, PC
12533 Wagon Wheel Rd
Rockton, IL 61072
(815) 255-4695
Cynthia@Integrate-Legal.com
Service@Integrate-Legal.com