IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS HILLIARD, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Case No. 2020-cv-01144 |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### NOTICE OF MOTION

TO: Jillian Sommers
jsommers@perkinscoie.com

    PLEASE TAKE NOTICE that on **Wednesday, June 3, 2020**, I shall appear before the Honorable Martha M. Pacold, at the Dirksen Federal Building, 219 S. Dearborn Street, Room 1425, Chicago, Illinois at **9:30 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in her stead, **Motion For Leave to File Amended Complaint**, a copy of which is attached hereto and served upon you herewith.

                                    Respectfully submitted,

                                    By: /s// Cynthia M Rote
                                             Cynthia M Rote
                                             A*ttorney for Plaintiff*

Cynthia M Rote Integrate Legal, PC
12533 Wagon Wheel Rd
Rockton, IL 61072
(815) 255-4695
Service@Integrate-Legal.com

### CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies under penalties of perjury as provided by the law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that she caused a copy of the foregoing Notice and Motion referenced therein to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record, May 25, 2020.

                                    By: /s// Cynthia M Rote
                                           Cynthia M Rote