UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Marcus Hilliard

                                   Plaintiff,

v.                                                              Case No.: 1:20–cv–01144
                                                               Honorable Martha M. Pacold

National Board of Medical Examiners

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2020:

      MINUTE entry before the Honorable Martha M. Pacold:The parties are directed to meet and confer and file an initial joint status report by 6/11/2020. Instructions for filing an initial status report may be found on this court's website at https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_judges/Pacold/INITIAL%20STATUS%20 REPORT.pdf. In addition to the topics described on the court's website, the initial joint status report should also specifically address: 1. Whether defendant NBME opposes plaintiff's motion for leave to file an amended complaint [16]. 2. If so, proposing an agreed briefing schedule on the motion [16]. 3. The effect, if any, of any potential amended complaint on NBME's motion to dismiss [6], including whether the motion would be moot, whether NBME would seek to refile the motion in light of any amended complaint, and any other relevant information. 4. In light of item 3, whether the briefing schedule on the motion [6] should stand; if not, proposing a new agreed schedule. The motion hearing set for 6/3/2020 is stricken. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.