**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Marcus Hilliard ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 20 C 1144 |
| v. ) | |
| ) | Hon. Martha M. Pacold |
| National Board of Medical ) | |
| Examiners, et al., ) | |
| ) | |
| Defendants. ) | |

## <u>ORDER</u>

Caroline M. Mew's motion for leave to appear pro hac vice on behalf of National Board of Medical Examiners [20] is granted.

Date: June 1, 2020            /s/ Martha M. Pacold