UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Marcus Hilliard

               Plaintiff,

v.                                                  Case No.: 1:20–cv–01144
                                                                    Honorable Martha M. Pacold

National Board of Medical Examiners

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 12, 2020:

      MINUTE entry before the Honorable Martha M. Pacold:The Court has reviewed the parties' joint initial status report [22]. Plaintiff's motion for leave to file an amended complaint [16], which is unopposed as a procedural matter [22 at 4–5], is granted. Plaintiff should file the amended complaint by 6/17/2020. Defendant NBME's motion to dismiss [6] is denied as moot. Per the joint status report [22 at 5], the time for NBME to answer or otherwise respond to the amended complaint, once filed, is stayed to allow plaintiff time to serve Stritch School of Medicine. The parties should meet and confer and submit an updated joint status report, including a proposed schedule, within 2 weeks after Stritch School of Medicine enters an appearance.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.