# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARCUS HILLIARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01144 |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | Hon. Martha M. Pacold |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## REQUEST FOR CLERK OF COURT TO REFUND FILING FEE

Counsel for Defendant National Board of Medical Examiners ("NBME") hereby requests a refund of an inadvertent extra payment submitted for the motion to admit Caroline M. Mew *pro hac vice* in this matter.

On June 1, 2020, there was a double payment for $150.00 made through pay.gov:

Receipt No. 0752-17068066 - no *pro hac vice* application was submitted with this payment

Receipt No. 0752-17068133 - the *pro hac vice* application for Caroline Mew was submitted with this payment

**Receipt No. 0752-17068066** represents a duplicate payment, and a refund of this payment is therefore requested.

148662083.1

- 2 -

|                        |                                                        |
|------------------------|--------------------------------------------------------|
| Dated: June 29, 2020   | Respectfully submitted,                                |

/s/ Caroline M. Mew
Caroline M. Mew (admitted *pro hac vice*)
Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005-3960
Tel.: (202) 654-1767
cmew@perkinscoie.com

Jillian Sommers, IL Bar No. 6317803
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8587
jsommers@perkinscoie.com

Attorneys for National Board of Medical Examiners

- 3 -

## CERTIFICATE OF SERVICE

On this date I caused to be served on each of the attorneys identified below, via CM/ECF and email, a copy of the foregoing document:

Cynthia M. Rote
Integrate Legal PC
12533 Wagon Wheel Road
Rockton, IL 61072
Telephone: 815-255-4695
Email: Cynthia@integrate-Legal.com

*Attorney for Marcus Hilliard*

|  |  |
|---|---|
| Dated: June 29, 2020 | Respectfully submitted, |
|  | /s/ Caroline M. Mew |
|  | Caroline M. Mew (admitted *pro hac vice*) |
|  | Perkins Coie LLP |
|  | 700 13th St. NW, Suite 800 |
|  | Washington, DC 20005-3960 |
|  | Tel.: (202) 654-1767 |
|  | cmew@perkinscoie.com |
|  | Attorneys for National Board of Medical Examiners |