# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marcus Hilliard

                                          Plaintiff,

v.                                                           Case No.: 1:20−cv−01144
                                                           Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3, 2020:

      MINUTE entry before the Honorable Martha M. Pacold:Defendants' motions to dismiss are due by 9/4/2020. Plaintiff's response will be due by 9/25/2020. Defendants' reply briefs will be due by 10/9/2020.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.