**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCUS HILLIARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-cv-1144 |
| v. | ) | |
| | ) | Honorable Martha M. Pacold |
| NATIONAL BOARD OF MEDICAL EXAMINERS, and LOYOLA UNIVERSITY CHICAGO STRITCH SCHOOL OF MEDICINE, | ) ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

## DEFENDANT LOYOLA UNIVERSITY OF CHICAGO'S LOCAL RULE 3.2 and FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Rule 7.1. of the Federal Rules of Civil Procedure, Defendant Loyola University of Chicago ("Defendant" or "Loyola") (incorrectly identified as Loyola University of Chicago Stritch School of Medicine) by and through its undersigned counsel, certifies that Loyola does not have a parent corporation and no publicly-held entity owns more than (5) five percent of Loyola.

Dated: September 4, 2020

Respectfully submitted,

**LOYOLA UNIVERSITY OF CHICAGO**

By: /s/ Monica H. Khetarpal
One of Its Attorneys

Monica H. Khetarpal
Kirsten A. Milton
Priya P. Khatkhate
JACKSON LEWIS P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949 | Fax: (312) 787-4995
Email: monica.khetarpal@jacksonlewis.com
Email: kirsten.milton@jacksonlewis.com
Email: priya.khatkhate@jacksonlewis.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on this 4th day of September, 2020 a true and correct copy of the foregoing Defendant Loyola University of Chicago's Local Rule 3.2 and Federal Rule of Civil Procedure 7.1 Disclosure Statement was filed electronically and electronically served to all parties registered to receive service by CM/ECF.

/s/ Monica H. Khetarpal
Monica H. Khetarpal