# **Exhibit J**

[Molly Kassel - October 10, 2019]
Examinee: Hilliard, Marcus Douglas
USMLE ID: 5-377-335-4
Exam: Step 1

--------------- Original Message ---------------
From: Hilliard, Marcus [mhilliard2@luc.edu]
Sent: 10/10/2019 1:36 PM
To: disabilityservices@nbme.org
Subject: Re: USMLE Step 1 ref:_00D46pfBg._500469xXbe:ref

Hi Molly,

Thank you for your email. Yes, I am planning on submitting another appeal application as soon as Loyola changes my student status. I am currently appealing my dismissal from Stritch and if that appeal is successful then I will send my appeal to your office to request double time on the exam.

The appeal meeting is set for October 18th and I will write back once I get their decision. But as of right now, I am holding my breath.

Thank you for all of your help in this matter.

With kind regards,

Marcus

> On Oct 10, 2019, at 10:47 AM, "disabilityservices@nbme.org" wrote:
>
> ?Dear Marcus,
>
> We received a letter on your behalf from Dr. Mary Pachan. We have added the letter to your existing file, however, please note that because you do not currently have a request in process with Disability Services, there is no further action we can take at this time. Please let me know if you are planning to register for an exam and submit additional documentation for a new request.
>
> Thank you,
> Molly Kassel
> Disability Services Specialist
> National Board of Medical Examiners
> 3750 Market Street
> Philadelphia, PA 19104-3102
> 215-590-9700
> disabilityservices@nbme.org
>
> This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the

sender immediately by reply email and destroy all copies of the original message and any attachments.
>

This is an external email. Do not click on links or open attachments unless you trust the sender.