**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARCUS HILLIARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-cv-1144 |
| v. ) | |
| ) | Honorable Martha M. Pacold |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, and LOYOLA ) | Magistrate Judge Gabriel A. Fuentes |
| UNIVERSITY CHICAGO STRITCH ) | |
| SCHOOL OF MEDICINE, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW THE APPEARANCE
OF PRIYA P. KHATKHATE**

Defendant Loyola University of Chicago ("Loyola" or "Defendant"), incorrectly identified as Loyola University Chicago Stritch School of Medicine, by and through its undersigned attorneys Monica H. Khetarpal and Kirsten A. Milton of Jackson Lewis, P.C., hereby moves this Honorable Court to withdraw the appearance of Priya P. Khatkhate as counsel of record for Defendant in this matter. In support of this motion, Defendant states as follows:

1. On July 7, 2020, Priya Khatkhate of Jackson Lewis, P.C. entered her appearance on behalf of Defendant.

2. As of June 4, 2021, Priya Khatkhate will no longer be affiliated with the law firm of Jackson Lewis, P.C.

3. The undersigned counsel has communicated to Defendant that Priya Khatkhate will no longer be affiliated with Jackson Lewis, P.C. and that the undersigned will continue to represent Defendant.

4. Therefore, the movant requests that Priya Khatkhate's appearance be withdrawn.

WHEREFORE, Defendant respectfully moves this Honorable Court for an order withdrawing the appearance of Priya Khatkhate on its behalf and for any other relief that this Court deems just and proper.

Dated: June 3, 2021					Respectfully submitted,

**LOYOLA UNIVERSITY OF CHICAGO**

By:	/s/ Monica H. Khetarpal
	One of Its Attorneys

Monica H. Khetarpal
Kirsten A. Milton
JACKSON LEWIS P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Fax: (312) 787-4995
Email: monica.khetarpal@jacksonlewis.com
Email: kirsten.milton@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on this 3rd day of June, 2021 a true and correct copy of the foregoing **MOTION TO WITHDRAW THE APPEARANCE OF PRIYA P. KHATKHATE** was filed electronically and electronically served to all parties registered to receive service by CM/ECF.

/s/ Monica H. Khetarpal