# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marcus Hilliard

                                              Plaintiff,

v.                                                            Case No.: 1:20−cv−01144
                                                                    Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 10, 2021:

       MINUTE entry before the Honorable Martha M. Pacold: Defendant Loyola University of Chicago's motion to withdraw the appearance of Priya P. Khatkhate [42] is granted. Attorney Priya Prakash Khatkhate terminated.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.