# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marcus Hilliard

                                Plaintiff,

v.                                                         Case No.: 1:20−cv−01144

                                                                Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 24, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's motion for request for decisions on the motions to dismiss [44]. The parties' briefing on the defendants' motions to dismiss [33], [36], is under consideration. The court will issue a decision by mail.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.