# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Marcus Hilliard

                                      Plaintiff,

v.                                                           Case No.: 1:20−cv−01144
                                                                                 Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic motion hearing set for 3/18/2022 is stricken and reset to 3/29/2022 at 9:00 a.m. Dial toll−free call−in number: (888) 684−8852; followed by the conference access code: 9482028#. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.