## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Marcus Hilliard

                                  Plaintiff,

v.                                                        Case No.: 1:20−cv−01144
                                                            Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 29, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic hearing held on 3/29/2022. For the reasons stated on the record, defendant National Board of Medical Examiner's motion to dismiss [36] is granted and Count II is dismissed without prejudice and with leave to amend. Defendant Loyola University of Chicago Stritch School of Medicine's motion to dismiss [33] is denied. If plaintiff chooses to file a second amended complaint, the second amended complaint is due by 4/26/2022. Defendant Loyola University of Chicago Stritch School of Medicine's answer to either the current amended complaint or a second amended complaint (if one is filed by plaintiff) is due by 5/10/2022. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.