IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCUS HILLIARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-cv-1144 |
| v. ) | |
| ) | Honorable Martha M. Pacold |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, and LOYOLA ) | Magistrate Judge Gabriel A. Fuentes |
| UNIVERSITY CHICAGO STRITCH ) | |
| SCHOOL OF MEDICINE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT LOYOLA UNIVERSITY OF CHICAGO'S
UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE
ITS ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Loyola University of Chicago (incorrectly identified as Loyola University Chicago Stritch School of Medicine) ("Defendant Loyola"), hereby moves for a 14-day extension of time, through and including May 24, 2022, to file its answer to Plaintiff's Second Amended Complaint. In support of this Motion, Defendant states as follows:

1. On February 17, 2020, Plaintiff filed a Complaint at Law against Defendant National Board of Medical Examiners ("Defendant NBME"). Dkt No. 1.

2. On June 15, 2020, Plaintiff filed an Amended Complaint adding Loyola as a Defendant. Dkt. No. 24.

3. On September 4, 2020, each Defendant filed its own motion to dismiss Plaintiff's Amended Complaint. Dkt. Nos. 33, 36.

4. On March 29, 2022, the Court granted Defendant NBME's motion to dismiss without prejudice with leave to amend and denied Defendant Loyola's motion to dismiss. Dkt. No. 48. The Court ordered Plaintiff to file a Second Amended Complaint, if at all, by April 26,

2022, and Defendant to answer the Amended Complaint or Second Amended Complaint by May 10, 2022. Dkt. No. 48.

5. Defendant Loyola's counsel needs additional time to investigate the claims asserted in the Second Amended Complaint and prepare its answer to the pleading.

6. On May 6, 9, and 10, 2022, Defendant Loyola's counsel contacted Plaintiff's counsel to ask if Plaintiff would agree to a 14-day extension of time, through and including May 24, 2022, to allow Defendant Loyola to answer. On May 10, 2022, Plaintiff's counsel told Defendant's counsel Plaintiff does not oppose the extension.

7. On May 10, 2022, Defendant NBME's counsel also agreed it does not oppose the extension.

8. The request is being made in good faith and will not cause undue delay or prejudice to any party.

WHEREFORE, Defendant Loyola respectfully requests that the Court grant its Motion, allowing Defendant Loyola through and including May 24, 2022 to file its answer to Plaintiff's Second Amended Complaint.

Dated: May 10, 2022

Respectfully submitted,

**LOYOLA UNIVERSITY OF CH8ICAGO**

By: /s/ Kirsten A. Milton
      One of Its Attorneys

Kirsten A. Milton
Monica H. Khetarpal
JACKSON LEWIS P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Facsimile (312) 787-4995
Email: kirsten.milton@jacksonlewis.com
       monica.khetarpal@jacksonlewis.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on this 10 day of May, 2022 a true and correct copy of the foregoing ***Defendant Loyola University of Chicago's Unopposed Motion for an Extension of Time to File Its Answer to Plaintiff's Second Amended Complaint*** was filed electronically and electronically served to all parties registered to receive service by CM/ECF.

/s/ Kirsten A. Milton
One of Defendant Loyola's Attorneys
