# Exhibit D



1116773     5-377-335-4
Approval Step 1-Decision

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**Confidential**
Confirmation of Test Accommodations

September 27, 2017

Marcus D. Hilliard
1060 S Elm Creek Drive
Elmhurst, IL 60126

RE: USMLE Step 1            USMLE ID#: 5-377-335-4

Dear Mr. Hilliard:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 1. We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

We will provide the following accommodation(s) for the USMLE Step 1 for which you are currently registered:

- **Additional testing time - time and one half:** The exam will be administered over two days. Day one will be 6 hours and 30 minutes in length and will include a 30 minute tutorial and 7 blocks with approximately 20 questions per block. Day two will be 6 hours in length and will include 7 blocks with approximately 20 questions per block. You will have up to 45 minutes to complete each block. You will receive 45 minutes of break time each day, including lunch. You may use break time as needed between blocks. If you complete the tutorial or an examination block in less time than allotted, the unused time will be added to your available break time.

- **Separate testing room**

You will receive an electronic permit containing the information needed to schedule your exam appointment. Please call Prometric at the number listed on your scheduling permit as soon as you receive it to schedule your appointment.

These accommodations may not be changed at the test center on your scheduled exam day. If you choose not to use these accommodations, please notify Disability Services immediately at disabilityservices@nbme.org or by calling 215-590-9700 for instructions.

## Information About Requesting Test Accommodations For Subsequent Step Examinations

You must notify the USMLE in writing each time you apply for a Step examination for which you require test accommodations. Information and forms to request test accommodations on subsequent USMLE administrations are available at www.usmle.org/test-accommodations/forms.html. Follow the instructions on the request form to submit your request for test accommodations at the same time you submit your Step exam application to your registration agency.

Sincerely,

*Michelle M. Goldberg*

Michelle M. Goldberg, Ph.D./eh
Manager, Disability Services