# **Exhibit L**

# Acknowledgement Email

| | | | |
|---|---|---|---|
| **From:** | disabilityservices@nbme.org | **Sent:** | 10/22/2019 04:10:44 PM |
| **To:** | mhilliard2@luc.edu | **Created:** | 10/22/2019 04:08:17 PM |
| **Cc:** | | **Employee:** | Molly Kassel |

**Subject:** RE: USMLE Step 1   ref:_00D46pfBg._5004A1hnIDM:ref

RE: Step 1                                    USMLE ID#: 5-377-335-4

Dear Mr. Marcus D. Hilliard:

The National Board of Medical Examiners (NBME) processes requests for test accommodations on behalf of the United States Medical Licensing Examination (USMLE) program. We have received your request for test accommodations for the USMLE Step 1.

Before we can begin to review your request, you must do the following:

- Complete your registration for the USMLE Step 1 examination (for assistance with registration, contact NBME Applicant Services at usmlereg@nbme.org or (215) 590-9700.

Once your registration is complete, we will review your request and submitted documentation. If necessary, we may contact you to request additional information.

All written correspondence regarding your request, including the decision letter, will be sent to you electronically via email. When our review is complete, you will receive an email from us with the decision letter attached as a pdf document.

If you have any questions about the review process, please feel free to contact me at (215) 590-9700 or reply to this e-mail.

Sincerely,
Molly Kassel
Disability Services Specialist
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
215-590-9700
disabilityservices@nbme.org

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.