UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Marcus Hilliard

                Plaintiff,

v.                                         Case No.: 1:20−cv−01144
                                                          Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 11, 2022:

       MINUTE entry before the Honorable Martha M. Pacold: 1. Defendant Loyola's unopposed motion for an extension of time to file its answer to plaintiff's second amended complaint [50] is granted. Defendant Loyola's answer is due by 5/24/2022. 2. The motion refers to Defendant Loyola as "Loyola University of Chicago" and states that Defendant Loyola is incorrectly identified as "Loyola University Chicago Stritch School of Medicine." By May 18, 2022, plaintiff and Defendant Loyola should file a brief joint status report on whether there is any objection to changing Defendant Loyola's name in the caption to "Loyola University of Chicago" rather than "Loyola University Chicago Stritch School of Medicine." If there is an objection, the parties should simply state in the joint status report that there is an objection and then substantively address the issue as necessary in subsequent filings. 3. Plaintiff's response to Defendant National Board of Medical Examiners' motion to dismiss [51] is due by 6/6/2022. Defendant's reply is due by 6/24/2022. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.