IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCUS HILLIARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-cv-1144 |
| v. ) | |
| ) | Honorable Martha M. Pacold |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS , and LOYOLA ) | Magistrate Judge Gabriel A. Fuentes |
| UNIVERSITY CHICAGO STRITCH ) | |
| SCHOOL OF MEDICINE, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Defendant Loyola University of Chicago (incorrectly identified as "Loyola University Chicago Stritch School of Medicine") ("Defendant Loyola") and Plaintiff Marcus Hilliard ("Plaintiff"), by and through their attorneys, submit this Joint Status Report:

1. On May 10, 2022, Defendant Loyola filed an Unopposed Motion for an Extension of Time to File Its Answer to Plaintiff's Second Amended Complaint (the "Motion"). Dkt. No. 50. In that Motion, Defendant Loyola noted that Plaintiff had identified the wrong party Defendant when he named "Loyola University Chicago Stritch School of Medicine." Dkt No. 50.

2. On May 11, 2022, the Court granted Defendant Loyola's Motion and ordered the Defendant Loyola and Plaintiff to file this Joint Status Report to report whether there is any objection to changing Defendant Loyola's name in the case caption. Dkt. No. 16.

3. The parties do not object to changing Defendant Loyola's name in the case caption in this action from "Loyola University Chicago Stritch School of Medicine" to "Loyola University of Chicago."

| | |
|---|---|
| Dated: May 18, 2022 | Respectfully submitted, |
| **MARCUS HILLIARD** | **LOYOLA UNIVERSITY OF CHICAGO** |
| /s// *Cynthia M Rote* | /s/ *Kirsten A. Milton* |
| One of His Attorneys | One of Its Attorneys |
| Cynthia M. Rote | Kirsten A. Milton |
| INTEGRATE LEGAL, PC | Monica H. Khetarpal |
| 516 Main Street, Suite 1 | JACKSON LEWIS P.C. |
| Pecatonica, IL 61063 | 150 N. Michigan Avenue, Suite 2500 |
| Telephone: (815) 255-4695 | Chicago, IL 60601 |
| Email: cynthia@integrate-Legal.com | Telephone: (312) 787-4949 |
| | Email: kirsten.milton@jacksonlewis.com |
| | monica.khetarpal@jacksonlewis.com |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on this 17th day of May, 2022 a true and correct copy of the foregoing *Joint Status Report* was filed electronically and electronically served to all parties registered to receive service by CM/ECF.

/s/ Kirsten A. Milton
One of Defendant Loyola's Attorneys