IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Marcus Hilliard | ) | |
| | ) | Case No: 20 C 1144 |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| National Board of Medical Examiners, | ) | |
| et al., | ) | |

**ORDER**

The court has received the parties' joint status report [54]. The Clerk is directed to change the name of defendant "Loyola University of Chicago Stritch School of Medicine" to "Loyola University of Chicago."

Date: May 23, 2022                             /s/ Martha M. Pacold