**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Marcus Hilliard

                Plaintiff,

v.                                        Case No.: 1:20−cv−01144
                                                        Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, Plaintiff and defendant Loyola University of Chicago are hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: discovery supervision and scheduling, to set a deadline to file amended pleadings, to set a dispositive motions schedule, and for settlement. (rao, )

Dated: May 25, 2022

                                                                                 /s/ Martha M. Pacold

                                                                             United States District Judge