**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Marcus Hilliard

                           Plaintiff,

v.                                                       Case No.: 1:20−cv−01144
                                                                Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 25, 2022:

      MINUTE entry before the Honorable Gabriel A. Fuentes: This matter having been referred to the magistrate judge for matters including discovery and settlement (doc. #[57]), the Court directs the parties to confer under Rule 26(f) and file a joint status report by noon on 6/24/22 with a proposed agreed or contested discovery schedule for fact, and, if applicable, expert discovery. The parties are directed to review the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes and the Top Ten Ways to Defeat Settlement, both available on the Court's website. The parties should include in the report a statement of whether they are interested in a settlement conference with the magistrate judge at this time. A schedule for amended pleadings and dispositive motions is deferred until after filing of the parties' 6/24/22 status report. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.