**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARCUS HILLIARD, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 2020-cv-01144 |
| v. ) | |
| ) | Honorable Martha M. Pacold |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS and LOYOLA ) | Magistrate Judge Gabriel A. Fuentes |
| UNIVERSITY CHICAGO STRITCH ) | |
| SCHOOL OF MEDICINE, ) | |
| ) | |
| DEFENDANTS. ) | |

**Plaintiff Marcus Hilliard's Unopposed Motion for Extension of Time to Answer Defendant National Board of Medical Examiners' Motion to Dismiss**

Plaintiff, Marcus Hilliard ("Hilliard"), hereby moves for a 10-day extension of time, through and including June 16, 2022, to respond to the National Board of Medical Examiners' Motion to Dismiss. In support of this Motion, Plaintiff states as follows:

1. On May 10, 2022, Defendant NBME filed its Motion to Dismiss against Hilliard. Dkt. No. 51.

2. Plaintiff's counsel needs additional time to respond to the Motion to Dismiss as she was ill with COVID-19 from May 27 through June 4, 2022.

3. On June 6, 2022, Defendant NBME's counsel agreed it does not oppose the extension.

4. This request is being made in good faith and will not cause undue delay or prejudice to any party.

WHEREFORE, Plaintiff, Marcus Hilliard respectfully requests this Honorable Court grant his Motion allowing Plaintiff through and including June 16, 2022 to file his response to

Defendant NBME's Motion to Dismiss and allowing Defendant NBME through and including July 5, 2022 to file its reply.

Respectfully Submitted,

*/s// Cynthia M Rote*
Cynthia M Rote

Cynthia M Rote Integrate Legal, PC
516 Main Street, Suite 1
Pecatonica, Illinois 61063
(815) 255-4695
Cynthia@Integrate-Legal.com
Service@Integrate-Legal.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 6, 2022 a true and correct copy of the foregoing Plaintiff's Unopposed Motion for an Extension of Time to File Its Response to the NBME's Motion to Dismiss was filed electronically and electronically served to all parties registered to receive service by CM/ECF.

/s// Cynthia M Rote
Cynthia M Rote
Plaintiff's Attorney