## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marcus Hilliard

                                    Plaintiff,

v.                                                           Case No.: 1:20−cv−01144
                                                               Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 28, 2022:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the parties' status report (doc. #[63]), the Court enters the following fact discovery schedule by agreement: Rule 26(a)(1) disclosures to be exchanged by 5 p.m. on 7/15/22; initial written discovery requests to be served by 5 p.m. on 7/29/22. Fact discovery cutoff set at 10/14/22. The following expert discovery schedule is set by the Court as modified by that proposed by the parties: Rule 26(a)(2) experts due to be served by plaintiff by 5 p.m. on 12/7/22 and by defendants by 5 p.m. on 1/13/23. Expert discovery including depositions closes on 3/3/23. A joint written status report on the progress of discovery and the status of settlement is due and to be filed by noon on 10/7/22. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.