IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCUS HILLIARD, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 20-cv-1144 |
| v. ) | |
| ) | Judge Martha M. Pacold |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS and LOYOLA ) | Magistrate Judge Gabriel A. Fuentes |
| UNIVERSITY OF CHICAGO, ) | |
| ) | |
| DEFENDANTS. ) | |

### Joint Motion for Entry of Agreed Confidentiality Order

Plaintiff MARCUS HILLIARD and Defendant LOYOLA UNIVERSITY OF CHICAGO jointly move for the entry of an Agreed Confidentiality Order. The parties desire to exchange and submit to this Court confidential information that is relevant to the issues in this litigation and have therefore agreed to the terms of the Agreed Confidentiality Order.

WHEREFORE, the parties respectfully request that this Court enter the Agreed Confidentiality Order in the form provided to the Court via its proposed order email.

DATED: August 23, 2022         By /s// Cynthia M Rote
                                                                             Cynthia Rote
                                                                             Integrate Legal PC
                                                                             516 Main Street, Suite 1
                                                                             Pecatonica, Illinois 61063
                                                                             (815) 255-4695
                                                                             service@Integrate-Legal.com

                                                                             ***Attorney for Plaintiff Marcus Hilliard***

DATED:  August 23, 2022               Respectfully submitted,

                                                                                                                           By: /s/ Kirsten A. Milton

                                                                                                                           Kirsten A. Milton
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tele: (312) 787-4949
Fax: (312) 787-4995
Kirsten.Milton@jacksonlewis.com

***Attorney for Loyola University of Chicago***