IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS HILLIARD, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Case No. 20-cv-1144 |
| v. | ) | |
| | ) | Judge Martha M. Pacold |
| NATIONAL BOARD OF MEDICAL | ) | |
| EXAMINERS and LOYOLA | ) | Magistrate Judge Gabriel A. Fuentes |
| UNIVERSITY OF CHICAGO, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**JOINT MOTION FOR ENTRY OF AMENDED CONFIDENTIALITY ORDER**

Plaintiff MARCUS HILLIARD and Defendant LOYOLA UNIVERSITY OF CHICAGO ("parties") jointly move for the entry of an Agreed Amended Confidentiality Order. In support thereof the parties state as follows:

1. On August 25, 2022, the parties moved to enter an Agreed Confidentiality Order in order to exchange confidential information relevant to the issues in this litigation. (Dkt No. 66).

2. On August 29, 2022, the Court entered the parties' Agreed Confidentiality Order. (Dkt. No. 68).

3. The parties now seek to exchange student education records protected by the Family Educational Rights and Privacy Act of 1974 ("FERPA") and seek to enter an Amended Agreed Confidentiality Order to ensure those records are appropriately safeguarded pursuant to FERPA's requirements.

WHEREFORE, the parties respectfully request that this Court enter the Agreed Amended Confidentiality Order in the form provided to the Court via its proposed order email.

DATED:  September 16, 2022                    Respectfully submitted,

By: /s/ Kirsten A. Milton

Kirsten A. Milton
Julia S. Wolf
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tele: (312) 787-4949
Fax: (312) 787-4995
Kirsten.Milton@jacksonlewis.com

*Attorney for Loyola University of Chicago*

DATED:   September 16, 2022                   By:  /s/ Cynthia M. Rote
Cynthia Rote
Integrate Legal PC
516 Main Street, Suite 1
Pecatonica, Illinois 61063
(815) 255-4695
service@Integrate-Legal.com

*Attorney for Plaintiff Marcus Hilliard*