## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marcus Hilliard

                                          Plaintiff,

v.                                                Case No.: 1:20−cv−01144

                                                 Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 16, 2022:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The parties' joint motion for entry of an amended confidentiality order to address confidential treatment of student education records in accord with the FERPA statute (doc. #[69]) is granted. Enter Amended Agreed Confidentiality Order. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.