# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marcus Hilliard

                         Plaintiff,

v.                                              Case No.: 1:20−cv−01144
                                                                Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2022:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The parties' joint motion to extend the discovery schedule (doc. #[72]) is granted, with good cause having been shown through the parties' diligent progress and the significant complications as set forth in the motion. Moreover, the requested extension is reasonable. The close of fact discovery is extended to 12/16/22. The expert discovery schedule is reset as follows: Rule 26(a)(2) expert disclosures due to be served by plaintiff by 5 p.m. on 2/17/23 and by defendants by 5 p.m. on 3/17/23. Expert discovery including depositions closes on 5/5/23. A joint written status report on the progress of discovery and the status of settlement is due and to be filed by noon on 12/8/22, and the 10/7/22 status report date is vacated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.