## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marcus Hilliard

                                      Plaintiff,

v.                                              Case No.: 1:20−cv−01144
                                                        Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 12, 2022:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's unopposed motion to compel (doc. #74) is granted, and the Court will issue an order compelling production of certain student records covered by the FERPA statute. The parties are ordered to promptly submit a proposed form of order to the Court. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.