IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS HILLIARD, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Case No. 20-cv-1144 |
| v. | ) | |
| | ) | Judge Martha M. Pacold |
| NATIONAL BOARD OF MEDICAL | ) | |
| EXAMINERS and LOYOLA | ) | Magistrate Judge Gabriel A. Fuentes |
| UNIVERSITY OF CHICAGO, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

This matter, coming before the Court on Plaintiff's Unopposed Motion to Compel Production of Student Files, IT IS HEREBY ORDERED:

Subject to Loyola University of Chicago's ("Loyola") Responses and Objections to Plaintiff's First Requests for the Production of Documents, Loyola shall produce the following records subject to the Amended Agreed Confidentiality Order entered on September 16, 2022 (Dkt. No. 71):

- Documents evidencing individuals enrolled at Stritch from 2015 to present who were dismissed for failure to pass the NBME after three attempts.

- Documents evidencing other complaints of failure to accommodate made by any Stritch student from January 2015 to present.

- Documents and/or communication submitted to or exchanged with the Office for Civil Rights at the U.S. Department of Education in connection with OCR Docket No. 05-20-2044 concerning Hilliard and/or similarly situated students.

Dated: __10/18/22__         Signed: _____
                                    Magistrate Judge Gabriel A. Fuentes