## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marcus Hilliard

                                                    Plaintiff,

v.                                                                            Case No.: 1:20−cv−01144
                                                                           Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2022:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The parties' joint motion to extend the fact discovery cutoff to 1/30/23 (doc. #[78]) is granted, good cause having been shown for the reasons stated in the motion. The parties should consider the 1/30/23 cutoff to be firm. The expert discovery schedule is adjusted as follows: Rule 26(a)(2) expert disclosures due to be served by plaintiff no later than 4/3/23 and defendant no later than 5/1/23, with expert discovery closed on 6/21/23. The 12/8/22 joint status report date is stricken and reset to noon on 1/23/23. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.