## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARCUS HILLIARD, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 20-cv-1144 |
| v. ) | |
| ) | Judge Martha M. Pacold |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS and LOYOLA ) | Magistrate Judge Gabriel A. Fuentes |
| UNIVERSITY OF CHICAGO, ) | |
| ) | |
| DEFENDANTS. ) | |

## JOINT STATUS REPORT

Plaintiff Marcus Hilliard ("Plaintiff") and Defendant Loyola University of Chicago ("Loyola" or "Defendant," together with Plaintiff, the "parties"), by their undersigned counsel, submits this joint status report pursuant to the Court's Minute Orders (Dkt. Nos. 73, 79) and state as follows:

1. The parties are poised to complete fact discovery on January 30, 2023, with the exception of four depositions which are currently scheduled for February 1, 3 and 8, respectively.[1]

2. On January 20, 2023, the parties jointly moved the Court for an additional ten days beyond the fact discovery deadline to complete the four remaining depositions. (Dkt. No. 80). The Court granted the parties' motion. (Dtk. No. 81).

3. The parties have not engaged in settlement discussions.

---

[1] The depositions scheduled for February 1 and 3 will be taken of witnesses in both their individual capacity as well as in their capacity as corporate representatives pursuant to Fed. R. Civ. P. 30(b)(6).

1

| | |
|---|---|
| Dated: January 23, 2023 | Respectfully Submitted, |

| | |
|---|---|
| **MARCUS HILLIARD** | **LOYOLA UNIVERSITY OF CHICAGO** |
| **/s/** Cynthia M. Rote | /s/ Kirsten A. Milton |
| Cynthia M. Rote | Kirsten A. Milton |
| Integrate Legal, PC | Julia S. Wolf |
| 516 Main Street, Suite 1 | Jackson Lewis P.C. |
| Pecatonica, IL 61063 | 150 N. Michigan Ave., Suite 2500 |
| Cynthia@Integrate-Legal.com | Chicago, IL 60601 |
| (815) 255-4695 | Kirsten.Milton@jacksonlewis.com |
| | Julia.Wolf@jacksonlewis.com |
| | (312) 787-4949 |