# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marcus Hilliard

                                               Plaintiff,

v.                                               Case No.: 1:20−cv−01144

                                                     Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 23, 2023:

       MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the status report (doc. #[82]), a joint written status report on the progress of expert discovery is due by noon on 6/15/23. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.