# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marcus Hilliard

                                      Plaintiff,

v.                                                      Case No.: 1:20−cv−01144
                                                                       Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 30, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's unopposed motion (doc. #[85]) for a 10−day extension of the expert discovery schedule is granted, good cause having been shown. Rule 26(a)(2) expert disclosure reports are to be served no later than 5 p.m. on 4/13/23 by plaintiff and 5/22/23 by defendant, with expert discovery closing on 7/3/23. The next joint status report remains due at noon on 6/15/23. With fact discovery closed, pleadings may not be amended except with leave of court. In the 6/15/23 status report, the parties should report on expert discovery progress and settlement status, and propose a schedule for litigation of dispositive motions. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.