UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Marcus Hilliard

        Plaintiff,

v.         Case No.: 1:20−cv−01144
        Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 11, 2023:

    MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's unopposed motion for a short further extension of the expert discovery schedule (doc. #[87]), with the parties' confirmation that fact discovery closed on time on 2/8/23, is granted, with good cause again having been shown as set forth in the motion. The extension is also reasonable, and plaintiff states in the motion that it will be the final extension. Accordingly, the schedule is modified as follows: Rule 26(a)(2) expert disclosure reports are to be served no later than 5 p.m. on 4/28/23 by plaintiff and 6/30/23 by defendant, with expert discovery closing on 8/11/23. The 6/15/23 joint written status report is stricken and reset to noon on 8/3/23, with content as previously ordered (doc. #[86]). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.