# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
## Eastern Division

Marcus Hilliard

        Plaintiff,

v.        Case No.: 1:20−cv−01144

        Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 14, 2023:

    MINUTE entry before the Honorable Martha M. Pacold: Telephonic ruling on Defendant's motion to dismiss [51] is set for 5/1/2023 at 10:00 a.m. CT. The court will rule on the basis of the parties' filings; no argument is necessary. If there are any developments in the status of the case that the court should be aware of prior to ruling (e.g., settlement; not supplemental briefing on the parties' arguments, which have already been addressed in the briefing on the motion), the parties are directed to file a notice with the court at least 24 hours before the hearing. Dial toll−free call−in number: 888−684−8852; followed by the conference access code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions deemed necessary by the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.