# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marcus Hilliard

                    Plaintiff,

v.                                      Case No.: 1:20−cv−01144
                                            Honorable Martha M. Pacold

National Board of Medical Examiners, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 1, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic ruling on defendant National Board of Medical Examiners's motion to dismiss second amended complaint [51] held on 5/1/2023. Defendant National Board of Medical Examiners's motion to dismiss [51] is denied for the reasons stated on the record. Defendant National Board of Medical Examiners to answer the second amended by 6/1/2023. The parties are directed to file a joint status report proposing discovery deadlines by 6/9/2023. The referral to Magistrate Judge Fuentes stands [57]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.